UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES GENDEMEH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:21-CV-617-CHB |
| ) | |
| v. ) | |
| ) | |
| BROWN-FORMAN CORPORATION, ) | **JUDGMENT** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Opinion and Order entered contemporaneously herewith, it is **HEREBY ORDERED** and **ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of Defendant Brown-Forman Corporation.

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket.

3. This is a **FINAL** Judgment and there is no just cause for delay.

This the 28th day of September, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

Cc: Counsel of Record